FRANK J. RICE *v.* KEVIN V. DOWLING, TRUSTEE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 460, is denied.

*Victor J. Dowling,* in support of the petition.

Decided January 3, 1991

STATE OF CONNECTICUT *v.* HERIBERTO BERRIOS

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 532, is denied.

*Jeremiah Donovan,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided January 3, 1991

MERRILL LYNCH EQUITY ACCESS, INC. *v.* LEON E. COOPER ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Leon E. Cooper,* pro se, and *Mary P. Cooper,* pro se, in support of the petition.

Decided January 8, 1991

DOROTHY C. HUDSON ET AL. *v.* WILFRED MEGIN

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Wilfred Megin,* pro se, in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided January 17, 1991